DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DESHAUNTE JABAR DELANCY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2689

_____

May 6, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Sarasota County, Donna Padar, Judge.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and ATKINSON and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.